IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JALEL AOSSEY, YAHYA NASSER AOSSEY, MIDAMAR CORPORATION, ISLAMIC SERVICES OF AMERICA, and ISA, INC., d/b/a "Islamic Services of America, Inc.",<br><br>Defendants. | No. CR14-0138<br><br>RULING ON JOINT MOTION TO AMEND |

This matter comes before the Court on the Unopposed Joint Motion to Amend or Correct Trial Management Order (docket number 54), filed by the Defendants on May 29, 2015. Defendants ask the Court to amend its Trial Management Order to reflect those dates set forth in the parties' earlier status report. According to the motion, the Government has no objection to the relief requested.

On December 5, 2014, Defendants Jalel Aossey, William "Yahya" Aossey, Midamar Corporation, Islamic Services of America, and ISA, Inc. were charged in a 92-count indictment. Defendants appeared for arraignment on December 15, 2014, and entered pleas of not guilty. At that time, the Court filed a Criminal Trial Scheduling Order, establishing a February 17, 2015 trial date.

A status conference was held on January 21, 2015. At that time, the parties agreed that this was a complex case, and a continuance of the trial date would be required. On January 27, Defendants filed an unresisted motion to continue the trial and reset pretrial

deadlines. The Court granted the motion to continue, and ordered the parties to submit "proposed pretrial deadlines and proposed trial dates" not later than February 2.

On February 2, 2015, the parties filed a "Report to the Court Concerning Proposed Pretrial Deadlines and Trial Dates." *See* docket number 27. The parties proposed that the trial be scheduled after October 1, 2015, with a July 1, 2015 deadline for filing "[a]ll potentially dispositive motions; all motions, notices, and requests referenced in Local Criminal Rule 12.a."

On February 26, 2015, a telephonic status conference was conducted by Chief Judge Linda R. Reade. On the same day, Judge Reade filed a Criminal Trial Scheduling Order, setting the matter for trial on September 28, 2015. The deadline for all motions referred to in Local Criminal Rule 12.a was established as 30 days after the date of the first arraignment. This is the standard language used in a criminal trial scheduling order. By the time the Order was entered on February 26, 2015, however, the deadline had already passed.

In their instant motion, Defendants suggest that the language employed in the February 26, 2015 Scheduling Order appears to be a "scriveners error." While it is not reflected in the minute entry for the February 26 status hearing, it appears that Chief Judge Reade intended to have a July 1, 2015 deadline for filing nontrial-related motions. Accordingly, the instant motion will be granted.

### ORDER

IT IS THEREFORE ORDERED that the Joint Motion to Amend (docket number 54) is **GRANTED**. The deadline for the parties to file nontrial-related motions or notices is **EXTENDED** to **July 1, 2015**.

DATED this 3rd day of June, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

2