IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM B. AOSSEY, Jr.,<br><br>    Defendant. | No. 14-CR-116-LRR<br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JALEL AOSSEY, WILLIAM "YAHYA" AOSSEY, MIDAMAR CORPORATION, ISLAMIC SERVICES OF AMERICA, and ISA, INC. d/b/a "Islamic Services of America, Inc.,"<br><br>    Defendants. | No. 14-CR-138-LRR<br><br>**ORDER** |

_____

The matter before the court is the government's "Motion for Alternative Victim Notification Procedures" ("Motion") (14-cr-116: docket no. 123) (14-cr-138: docket no. 162), which the government filed on November 5, 2015. For the reasons stated in the Motion, the Motion is **GRANTED**. The court finds that the number of potential victims in the above-captioned cases requires alternative notification procedures and that the government's proposed procedures are reasonable. *See* 18 U.S.C. § 3771(d)(2). Accordingly, the government is permitted to notify potential victims of their statutory rights and of any court proceedings by communicating such information, as proposed, on the websites of the Department of Justice and the United States Attorney for the Northern District of Iowa, and through the issuance of a press release.

**IT IS SO ORDERED.**

**DATED** this 12th day of November, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA