IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) No. 14-CR-138-LRR<br>) |
| vs. | )<br>) |
| MIDAMAR CORPORATION,<br>ISLAMIC SERVICES OF AMERICA,<br>and ISA, INC., (dba Islamic Services<br>of America, Inc., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on September 24, 2015, this Court entered a Preliminary Order of Forfeiture (Clerk's DR at 159) for a forfeiture money judgment in the amount of $600,000 against defendants, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon defendants Midamar Corporation, Islamic Services of America, and ISA, Inc. (dba as Islamic Services of America, Inc.) guilty pleas entered on September 9, 2015, to Count 1 (wire fraud), of the Indictment filed on December 5, 2014 (Clerk's DR at 6);

AND WHEREAS, pursuant to Rules 32.2(b)(2) and 32.2(c)(1), no notice or ancillary hearing is required since the forfeiture consists solely of a personal money judgment against defendants in the amount of $600,000;

AND WHEREAS, defendants Midamar Corporation, Islamic Services of America, and ISA, Inc. (dba Islamic Services of America, Inc.) have paid the $600,000 money judgment in full;

AND WHEREAS, defendants Midamar Corporation, Islamic Services of America, and ISA, Inc. (dba as Islamic Services of America, Inc.) were all sentenced on February 25, 2016, on Count 1 of the Indictment (Clerk's DR at 238, 240, and 242);

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the following hereinafter described property, of the defendants named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

> **$600,000 representing proceeds obtained by defendants in the commission of the illegal activities committed in Count 1 of the Indictment, in violation of Title 18, United States Code, Section 371.**

2. That the forfeited funds, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the Internal Revenue Service, Criminal Division, into the United States Department of Treasury Assets Forfeiture Fund in accordance with the law.

DATED this 1st day of March, 2016.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA